Opinion issued August 23, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00411-CR

———————————

**TAYLOR RENE REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 13**
**Harris County, Texas**
**Trial Court Case No. 2177270**

---

## MEMORANDUM OPINION

Appellant, Taylor Rene Reyes, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.

Do not publish.  TEX. R. APP. P. 47.2(b).